VANADIUM CORPORATION OF AMERICA, Respondent, v. EMPLOYERS REINSURANCE CORPORATION, Sued as EMPLOYERS INDEMNITY CORPORATION, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. Verified bill of particulars to be served within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

BIRNBACH RADIO CO., INC., Respondent, v. JERROSE MANAGEMENT CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of U. S. VITAMIN CORPORATION, Respondent, to Stay the Arbitration of a Controversy Demanded by HARRY E. DUBIN, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 928.]

MILLICENT HOLDER, as Administratrix of the Estate of ARNOLD F. HOLDER, Deceased, Appellant, v. SAM H. ABRAMSON et al., Doing Business as YALE TAXI Co., et al., Respondents.— Order unanimously affirmed with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARTHA P. KIRSTEIN, Respondent, and ROBERT D. KIRSTEIN, Plaintiff, v. HOTEL TAFT CORPORATION et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements. Verified bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

RACHELE W. BACHI, Appellant, v. GUIDO BACHI, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MILTON J. ZORN, Respondent, v. ARDLEE SERVICE, INC., Appellant.— Order so far as appealed from unanimously modified by striking out item 1 of the notice of motion and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of DREAMLAND DANCING ACADEMY, INC., Appellant, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 929.]

MORRIS W. TAUB et al., Respondents, v. JOSEPHINE G. BRAUN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

DAVID H. HUNTER, Respondent, v. ELEANORE E. HUNTER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 842.]

DAVID H. HUNTER, Appellant, v. ELEANORE E. HUNTER, Respondent.— Order unanimously reversed and motion in all respects denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 842.]